# U.S. District Court
## District of Maryland (Baltimore)
## CRIMINAL DOCKET FOR CASE #: 1:11−mj−04288−PWG All Defendants
## *SEALED*
### *Internal Use Only*

Case title: USA v. Foster                                    Date Filed: 10/04/2011

Assigned to: Magistrate Judge
Paul W. Grimm

**Defendant (1)**

| | |
|---|---|
| **Oneil Jerome Foster** | represented by **Andrew C White** |
| *also known as* | Silverman Thompson Slutkin and White LLC |
| Harvey Garvey | 201 N Charles St Ste 2600 |
| *also known as* | Baltimore, MD 21201 |
| Henry Ortiz | 14103852225 |
| | Fax: 14105472432 |
| | Email: awhite@mdattorney.com |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |
| | *Designation: CJA Appointment* |
| | |
| | **Peter D Ward** |
| | Law Office of Peter D Ward |
| | 300 Allegheny Ave Ste 105 |
| | Baltimore, MD 21204 |
| | 14104948988 |
| | Fax: 14104948988 |
| | Email: Peter.D.Ward@Verizon.net |
| | *ATTORNEY TO BE NOTICED* |
| | *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

**Complaints**                                                **Disposition**

21:846=MD.M – Conspiracy to
Distribute Marijuana

---

**Plaintiff**

**USA**                                    represented by   **Constantine Peter Lizas**
                                                           Office of the United States Attorney
                                                           36 S Charles St Fourth Fl
                                                           Baltimore, MD 21201
                                                           14102094989
                                                           Fax: 14109629293
                                                           Email: constantine.lizas2@usdoj.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/04/2011 | 1 | 5 | MOTION to Seal Affidavit in Support of a Criminal Complaintby USA as to Oneil Jerome Foster. (stds, Deputy Clerk) (Entered: 10/06/2011) |
| 10/04/2011 | 2 | 9 | ORDER granting 1 Motion to Seal Affidavit in Support of a Criminal Complaint as to Oneil Jerome Foster (1). Signed by Magistrate Judge Paul W. Grimm on 10/4/2011. (stds, Deputy Clerk) [For #2, see #1] (Entered: 10/06/2011) |
| 10/04/2011 | 3 | 10 | SEALED COMPLAINT as to Oneil Jerome Foster (1). (stds, Deputy Clerk) (Entered: 10/06/2011) |
| 10/04/2011 | 4 | 32 | Arrest Warrant Issued by Magistrate Judge Paul W. Grimm in case as to Oneil Jerome Foster. (stds, Deputy Clerk) (Entered: 10/06/2011) |
| 02/14/2012 | 10 | 39 | Rule 5(c)(3) Documents Received as to Oneil Jerome Foster (Attachments: # 1 Documents)(stds, Deputy Clerk) (Entered: 02/29/2012) |
| 02/21/2012 | 9 | 38 | Sealed Document. (stds, Deputy Clerk) (Entered: 02/28/2012) |
| 02/21/2012 | 15 | 55 | Arrest Warrant Returned Executed on 2/21/2012 in case as to Oneil Jerome Foster (stds, Deputy Clerk) (Entered: 03/26/2012) |
| 02/22/2012 | 5 | 34 | Initial Appearance as to Oneil Jerome Foster (Defendant informed of Rights.) held on 2/22/2012 before Magistrate Judge Paul W. Grimm. (FTR Gold) (stds, Deputy Clerk) (Entered: 02/22/2012) |
| 02/22/2012 | 6 | 35 | CJA 23 Financial Affidavit by Oneil Jerome Foster (stds, Deputy Clerk) (Entered: 02/22/2012) |
| 02/22/2012 | 7 | 36 | ORDER OF DETENTION BY AGREEMENT as to Oneil Jerome Foster. Signed by Magistrate Judge Paul W. Grimm on 2/22/2012. (stds, Deputy Clerk) (Entered: 02/22/2012) |
| 02/22/2012 | 8 | 37 | NOTICE OF ATTORNEY APPEARANCE: Peter D Ward, Esq. appearing for Oneil Jerome Foster. (stds, Deputy Clerk) (Entered: 02/22/2012) |

| 02/29/2012 | 11 | 49 | CONSENT MOTION to Continue Preliminary hearingby USA as to Oneil Jerome Foster. (stds, Deputy Clerk) (Entered: 02/29/2012) |
| 02/29/2012 | 12 | 51 | ORDER granting 11 Consent Motion to Continue Preliminary hearing as to Oneil Jerome Foster (1). Signed by Magistrate Judge Paul W. Grimm on 2/28/2012. (stds, Deputy Clerk) (Entered: 02/29/2012) |
| 03/15/2012 | 14 | 54 | ORDER granting 13 Motion to Continue as to Oneil Jerome Foster (1). Signed by Magistrate Judge Paul W. Grimm on 3/15/2012. (stds, Deputy Clerk) (Entered: 03/21/2012) |
| 03/16/2012 | 13 | 52 | CONSENT MOTION to Continue Preliminary hearingby USA as to Oneil Jerome Foster. (stds, Deputy Clerk) (Entered: 03/19/2012) |
| 03/29/2012 | 18 | 59 | CJA 20 as to Oneil Jerome Foster: Appointment of Attorney Andrew C White, Esq. for Oneil Jerome Foster. Approved by Magistrate Judge Paul W. Grimm on 3/29/2012. (stds, Deputy Clerk) (Entered: 04/24/2012) |
| 04/04/2012 | 16 | 56 | CONSENT MOTION to Continue Preliminary hearing by USA as to Oneil Jerome Foster. (stds, Deputy Clerk) (Entered: 04/05/2012) |
| 04/04/2012 | 17 | 58 | ORDER granting 16 Consent Motion to Continue Preliminary hearing as to Oneil Jerome Foster (1). Signed by Magistrate Judge Stephanie A Gallagher on 4/4/2012. (stds, Deputy Clerk) (Entered: 04/05/2012) |
| 05/01/2012 | 19 | 60 | CONSENT MOTION to Continue Preliminary Hearingby USA as to Oneil Jerome Foster. (stds, Deputy Clerk) (Entered: 05/01/2012) |
| 05/01/2012 | 20 | 62 | ORDER granting 19 Consent Motion to Continue Preliminary hearing as to Oneil Jerome Foster (1). Signed by Magistrate Judge Beth P. Gesner on 5/1/2012. (stds, Deputy Clerk) (Entered: 05/01/2012) |
| 05/08/2012 | 21 | 63 | MOTION to Seal by Oneil Jerome Foster. (Attachments: # 1 Text of Proposed Order)(stds, Deputy Clerk) (Entered: 05/17/2012) |
| 05/08/2012 | 22 | 66 | –SEALED– MOTION to Withdraw Appearance by Oneil Jerome Foster. (Attachments: # 1 Text of Proposed Order)(stds, Deputy Clerk) (Entered: 05/17/2012) |
| 05/16/2012 | 23 | 69 | ORDER granting 21 Motion to Seal as to Oneil Jerome Foster (1). Signed by Magistrate Judge Paul W. Grimm on 5/16/2012. (stds, Deputy Clerk) (Entered: 05/17/2012) |
| 05/16/2012 | 24 | 70 | ORDER granting 22 Motion to Withdraw Appearance as to Oneil Jerome Foster (1). Signed by Magistrate Judge Paul W. Grimm on 5/16/2012. (stds, Deputy Clerk) (Entered: 05/17/2012) |
| 05/30/2012 | 25 | 71 | CONSENT MOTION to Continue Preliminary hearing by USA as to Oneil Jerome Foster. (stds, Deputy Clerk) (Entered: 06/12/2012) |
| 05/30/2012 | 26 | 73 | ORDER granting 25 Consent Motion to Continue Preliminary hearing as to Oneil Jerome Foster (1). Signed by Magistrate Judge Beth P. Gesner on 5/30/2012. (stds, Deputy Clerk) (Entered: 06/12/2012) |
| 06/28/2012 | 27 | 74 | CONSENT MOTION to Continue Preliminary hearingby both parties and as to Oneil Jerome Foster. (stds, Deputy Clerk) (Entered: 07/06/2012) |

| 06/28/2012 | 28 | 76 | ORDER granting 27 Consent Motion to Continue Preliminary hearing as to Oneil Jerome Foster (1). Signed by Magistrate Judge Susan K. Gauvey on 6/28/2012. (stds, Deputy Clerk) (Entered: 07/06/2012) |
|---|---|---|---|
| 07/26/2012 | 29 | 77 | CONSENT MOTION to Continue Preliminary hearing by USA as to Oneil Jerome Foster. (stds, Deputy Clerk) (Entered: 08/01/2012) |
| 07/26/2012 | 30 | 79 | ORDER granting 29 Consent Motion to Continue Preliminary hearing as to Oneil Jerome Foster (1). Signed by Magistrate Judge Stephanie A Gallagher on 7/26/2012. (stds, Deputy Clerk) (Entered: 08/01/2012) |

THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

IN THE MATTER OF THE ARREST )
OF ONEIL JEROME FOSTER )
A.K.A. HARVEY GARVEY )
A.K.A. HENRY ORTIZ )  CASE NUMBER: 11 4288PWG
                                         )

MOTION TO SEAL AFFIDAVIT IN
SUPPORT OF A CRIMINAL COMPLAINT

The United States of America, by its undersigned counsel,
hereby respectfully requests that the affidavit in support of
the criminal complaint for Oneil Jerome Foster, as well as this
motion, be sealed and for cause states:

1. The affidavit mentions an unindicted co-conspirator
named Paul Allen who is currently the target of a separate
ongoing federal investigation into marijuana distribution.

2. Disclosure of the affidavit in support of the criminal
complaint could potentially jeopardize the other investigation
and prevent the successful arrest and prosecution of other
individuals.

WHEREFORE, the government respectfully requests that the
affidavit in support of the criminal complaint, as well as this
motion, be sealed until further motion of this Court.

*Motion granted, the Court having
granted the motion upon adopting the
factual allegations as the findings of the
Court, the affidavit, motion and related
filings are SEALED)*

*10/4/2011*

USCA4

11 4288 PWG

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____Constantine Lizas_____
Constantine Lizas
Special Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201

```
MIME-Version:1.0
From:MDD_CM-ECF_Filing@mdd.uscourts.gov
To:MDDdb_ECF@mdd.uscourts.gov
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:3415666@mdd.uscourts.gov
Subject:Activity in Case 1:11-mj-04288-PWG *SEALED* USA v. Foster Order on Motion to Seal
Case
```
Content–Type: text/html

## U.S. District Court

## District of Maryland

## Notice of Electronic Filing

The following transaction was entered on 10/6/2011 at 11:44 AM EDT and filed on 10/4/2011

| | |
|---|---|
| **Case Name:** | USA v. Foster |
| **Case Number:** | 1:11–mj–04288–PWG *SEALED* |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **ORDER granting [1] Motion to Seal Affidavit in Support of a Criminal Complaint as to Oneil Jerome Foster (1). Signed by Magistrate Judge Paul W. Grimm on 10/4/2011. (stds, Deputy Clerk)**

**1:11–mj–04288–PWG *SEALED*–1 No electronic public notice will be sent because the case/entry is sealed.**

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  11  4288 PWG |
| ONEIL JEROME FOSTER | ) |
| A/K/A HARVEY GARVEY | ) |
| A/K/A HENRY ORTIZ | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 17, 2011 _____ in the county of _____ Anne Arundel _____ in the

_____ District of _____ Maryland _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute marijuana |

This criminal complaint is based on these facts:

See Attached Affidavit

X  Continued on the attached sheet.

_____
Complainant's signature

Mary Horn, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 10/4/2011 @ 15:15

_____
Judge's signature

City and state:   Baltimore, Maryland

Paul W. Grimm, U.S. Magistrate Judge
_Printed name and title_

TT-4288 PWG

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mary Horn, ("Your affiant") am a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations (HSI), in Baltimore, Maryland being duly sworn, depose and state as follows:

1.    I have been employed as a Special Agent with HSI, including the former Immigration and Naturalization Service and Immigration and Customs Enforcement, since July 1999.  I am currently assigned to the Office of the Special Agent in Charge, Baltimore, Maryland, specifically to the Baltimore Washington International Airport (BWI) Smuggling Group.  I attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center as well as Immigration Officer Basic Training Program.  I have also received training in narcotics investigations and money laundering investigations, including search and seizure laws, and statutes pertaining to enforcement of the Controlled Substance Act.  I am also a Title 21 cross-designated officer, empowered by the Drug Enforcement Administration to conduct drug investigations.

2.    During my tenure as a Special Agent (SA), I have participated in numerous investigations involving smuggling, narcotics, and other unlawful activities.  These investigations have included the use of surveillance techniques, information analysis and the execution of search, seizure, and arrest warrants.

II 4288 PWG

I have written search warrants and assisted in the execution of
numerous state and federal search warrants.  I have arrested
narcotics traffickers and assisted in the arrest of narcotics
traffickers.  I have personally conducted, supervised, and
participated in investigations resulting in the seizure(s) of
cocaine, marijuana, U.S. currency, firearms, and other controlled
substances.  Based on my training, education and experience, I have
become familiar with the manner in which illegal drugs are
transported, stored, and distributed, the methods of payment for such
drugs, and the manner in which narcotics traffickers communicate with
each other.

3.    As a federal agent, your affiant is authorized to
investigate violations of laws of the United States and is a law
enforcement officer with the authority to execute warrants issued
under the authority of the United States.

4.    This affidavit is submitted in support of an arrest
warrant and a criminal complaint charging Oneil Jerome FOSTER
(FOSTER), also known as Harvey Garvey and Henry Ortiz, with
conspiracy to distribute marijuana in violation of 21 U.S.C.
Section 846.

## Facts and Circumstances

5.    The statements in this affidavit are based in part on
information provided by other law enforcement officers, and on my
experience and background as a Special Agent.  Since this affidavit

Case 1:24-cr-00460-RDA Document 5 Filed 08/27/12 Page 15 of 22

is being submitted for the limited purpose of supporting a criminal complaint and obtaining an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish that FOSTER participated in a conspiracy to distribute marijuana in violation of 21 U.S.C. Section 846.  Foster has traveled under at least two aliases and has made at least 17 trips between Baltimore/Washington area airports and cities in the Southwestern United States.  For the reasons set forth below, there is probable cause to believe that FOSTER made these trips in furtherance of a conspiracy to purchase marijuana in California and Arizona, transport the marijuana to the Baltimore area, sell the marijuana in the Baltimore area, and transport the proceeds back to California and Arizona.

## Background of the Investigation

6.   On March 17, 2011, FOSTER arrived at BWI to check-in with Delta Airlines for travel to Ontario, California.  He checked in for these flights using the alias of Harvey Garvey. The first flight was Delta Airlines flight #1189 bound for Salt Lake City and the second flight was Delta Airlines flight #4755 from Salt Lake City to Ontario.  At BWI, FOSTER checked one suitcase, a large brown Calvin Klein suitcase with wheels. FOSTER obtained a boarding pass and a receipt for the checked

3

II 4288 PWG

luggage.  He proceeded through security, boarded the flight to

Salt Lake City, and departed.

7.    During the TSA X-ray screening of FOSTER's suitcase,

TSA officers noticed a large bulk mass.  Investigators from the

Maryland Transportation Authority Police, HSI, and the Drug

Enforcement Administration (DEA) conducted a search of FOSTER's

suitcase and located two black packages wrapped in heat-sealed

plastic, black plastic, and black duct tape.  These two

packages were hidden under the interior lining of the suitcase.

Once the officers opened the packages, they detected a strong

odor of marijuana.  In addition, a K-9 positively alerted to

the presence of a controlled dangerous substance after a scan

of the bundles.  Officers were able to determine that the

bundles contained a large amount of bulk U.S. currency.  The

currency was separated in various denominations and the money

was bundled with rubber bands.  Officers counted $240,220 in

the two black packages recovered from FOSTER's checked

suitcase.  This suitcase did not make the trip to California.

8.    DEA agents at BWI contacted DEA Task Force Officers

in Los Angeles to meet FOSTER once he arrived at the Ontario,

CA airport.  DEA Task Force officers responded to the Ontario

airport and met the arriving passengers on Delta Airlines flight

#4755 from Salt Lake City in the baggage claim area where they

11 4288 PWG

observed FOSTER. The DEA Task Force Officers observed FOSTER conducting what appeared to be surveillance of the baggage claim area and believed that this surveillance was consistent with FOSTER being a drug money courier. When FOSTER's luggage failed to arrive, he went to the Delta Airlines baggage office and made a claim for the missing suitcase.

9. Once FOSTER exited the Delta Airlines baggage office, the Task Force Officers approached him and asked him about his travel. FOSTER admitted to traveling from Baltimore on a one-way ticket and possessing approximately $5,000 cash. He also stated that a friend purchased the ticket for him. DEA Task Force Officers questioned FOSTER but did not arrest him.

10. FOSTER, still using the name Harvey Garvey, provided an address to which the Government sent notice of the judicial forfeiture of the $240,220. Neither FOSTER nor anyone else filed a claim, and the Court accordingly granted the Government's motion for default judgment. *See United States v. $240,220.00*, WDQ-11-0911.

#### Foster's Arrest in Arizona

11. On September 13, 2011, members of the Tempe, AZ Police Department executed a search warrant at a residence at 8716 West Indianola Avenue, Phoenix, Arizona. At the residence police found approximately 600 pounds of marijuana. Police also

5

I 11 4288 PWG

arrested several individuals at the residence, including FOSTER. FOSTER had approximately $41,000 in U.S. currency in a bag in his possession. This bag also contained FOSTER's driver's license with the name Henry Ortiz. During his arrest, FOSTER presented officers with an Arizona driver's license identifying himself as Henry Ortiz. Investigators did not discover that his real identity was FOSTER until his interview with an Immigration and Customs Enforcement (ICE) officer that occurred on September 22, 2011, as will be described below.

12. Police charged FOSTER in Arizona state court with possession with intent to distribute marijuana and held him on a $50,000 bond. At the time of this affidavit, FOSTER has not posted a bond in the Arizona case. An Arizona grand jury indicted him on September 26, 2011 with possession with intent to distribute marijuana.

### Foster's Interview with ICE

13. On September 22, 2011, ICE conducted an administrative interview of FOSTER to determine his immigration status. Prior to being interviewed, the ICE officer read FOSTER his Miranda rights and FOSTER waived those rights. During this interview he first indicated that he was Henry Ortiz, consistent with the Arizona driver's license he presented to Tempe police officers, and provided the names of

6

11 4288 PWG

Ortiz family members and other identifying information consistent with Henry Ortiz. While still pretending to be Henry Ortiz, he also admitted that he used the name Harvey Garvey. At the end of the interview, FOSTER recanted his story about being Henry Ortiz and indicated that he was actually Oneil Jerome FOSTER and admitted to being a Jamaican national. He indicated that he purchased the Henry G. Correa Ortiz (Henry Ortiz) Arizona driver's license from three Mexicans for $2,500. He stated that they took him to an Arizona Department of Motor Vehicles office and arranged for him to be photographed as Henry Ortiz and procured the Arizona driver's license with his picture and Henry Ortiz's information. At the end of this interview he also stated that he purchased a Canadian passport in the name of Harvey Garvey for 5,000 Canadian dollars.

14. The Arizona driver's license that FOSTER obtained appears to have been issued on April 8, 2011. This date is noteworthy as FOSTER's purchase of the Henry Ortiz identity occurred approximately three weeks after the Los Angeles DEA Task Force Officers detained FOSTER at the Ontario, CA airport when he traveled under the name Harvey Garvey.

### Foster's Travel Records

15. Your affiant served HSI administrative subpoenas on U.S. air lines to help determine the travel that FOSTER

7

Case 1:12-cv-00460-RSB Document 1 Filed 03/27/12 Page 25 of 22

11 4288 PWG

conducted using the aliases of Harvey Garvey and Henry Ortiz. Records from the airlines indicate that from November 27, 2009 to March 17, 2011, Harvey Garvey made at least 17 trips from Baltimore/Washington airports to the Southwestern United States. The records further indicate that 16 trips were to Los Angeles area airports and two trips were to Las Vegas.

16. Information obtained from U.S. Airways indicated that Henry Ortiz flew from Phoenix to Baltimore on April 9, 2011. It should be noted that this is the day after FOSTER purchased the Henry Ortiz driver's license in Phoenix, AZ. After this date, Henry Ortiz also flew from BWI to the Southwestern United States on May 5, 2011 and July 21, 2011. It should also be noted that the travel records for Harvey Garvey do not indicate any air travel in the name of Harvey Garvey after FOSTER, traveling as Harvey Garvey, encountered DEA Task Force Officers on March 17, 2011 in Ontario, CA.

17. Your affiant has learned that investigators at Washington National Airport are also investigating marijuana trafficking organizations that utilize couriers to transport bulk cash from this area to purchase marijuana in the Southwestern United States. That investigation has identified FOSTER, using the alias Henry Ortiz, as a target. That investigation also includes an individual named Paul Allen as

8

Case 1:12-cv-00460-RDB Document 5 Filed 08/27/12 Page 28 of 79
Case 1:12-cr-00460-RDB-SEALED Document 5 Filed 08/27/12 Page 28 of 79
11-4288 PWG

a target.  The subpoenaed information from the airlines regarding travel records also revealed that FOSTER's U.S. Airways flight from Phoenix to Baltimore on April 9, 2011, using the alias Henry Ortiz, was purchased by a Paul Allen.

18.  Based on your affiant's training and experience, your affiant knows that the marijuana sold in the Baltimore area is sourced from the Southwest including California and Arizona. Your affiant knows that distributors on the East Coast typically ship bulk cash and or use funneling accounts to transfer money from the East Coast to the Southwestern United States.  The actual purchase of large quantities – in the hundreds of pounds - of marijuana typically occurs in either California or Arizona. After the purchase of marijuana, it is shipped to the East Coast by motor vehicle and/or express mail services like FedEx and the United States Postal Service.

#### Conclusion

19.  Based on the foregoing, your affiant respectfully submits there is probable cause to believe that FOSTER is participating in a conspiracy to distribute marijuana in violation of 21 U.S.C.

11 4288 PWG

Section 846.   Your affiant, therefore, respectfully requests that

the attached arrest warrant and criminal complaint be signed.

Mary Horn
Special Agent
Homeland Security Investigations


Sworn and subscribed before me
this _____ day of October, 2011.

10/4/2011

PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

10

## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

      v.

**WARRANT FOR ARREST**

**ONEIL JEROME FOSTER**
**a/k/a HARVEY GARVEY**
**a/k/a HENRY ORTIZ**

CASE NUMBER: **11 4288 PWG**

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST **ONEIL JEROME FOSTER, A/K/A HARVEY GARVEY, A/K/A HENRY ORTIZ**   and bring her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

SEE ATTACHED AFFIDAVIT

In violation of Title __18__ United States Code, Section 846.

| | |
|---|---|
| Paul W. Grimm | United States Magistrate Judge |
| Name of Issuing Officer | Title of issuing Officer |
| _10/4/11_ | Baltimore, Maryland |
| Signature of Issuing Officer | Date and Location |

_____

(By) Deputy Clerk

Bail Fixed at $_____ by __Paul W. Grimm__
                                           Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

Case 1:12-cv-00460-CCE-LPA Document 5 Filed 08/27/12 Page 33 of 2

# MAGISTRATE JUDGE CRIMINAL MINUTES

**DATE:** February 22, 2012    **JUDGE:** Paul W. Grimm    COURTROOM: 7C

**TIME:** 2:17 - 2:28    **INTERPRETER:** _____

**AUSA:** Constantine Lizas    **DFDT ATTORNEY:** Peter Ward

**UNITED STATES OF AMERICA v.** ONEIL JEROME FOSTER

**CASE NO.** 11-4288PWG    **NO. OF COUNTS:** _____

**DFDT'S AGE:** _____    **YEAR OF BIRTH:** _____

| | |
|---|---|
| ☒Initial Appearance | ☐Defendant to Retain Counsel |
| ☐Arraignment | ☐Violation Notice |
| ☐Rule 5(c)(3) Hearing | ☐Indictment |
| ☐Sentencing | ☐Superseding Indictment |
| ☐Bail Review/Revocation Hearing | ☐Information |
| ☐Violation of Probation | ☒Complaint |
| ☐Violation of Supervised Release | ☑Preliminary Hearing: _3-7-12 @ 12:00pm_ |
| ☐Detention Hearing | ☐Preliminary Hearing WAIVED |

**Defendant arraigned and plead "NOT GUILTY" as to Count(s)** _____

☒Defendant advised of rights to silence and counsel

☐Defendant temporarily detained pending detention hearing on ___/___/___ @ _____

☑Defendant detained by agreement

☐Defendant ordered detained after detention hearing

☑FPD / CJA appointed as counsel

☐Waiver of Rule 5(c)(3) Hearings

☐Commitment To Another District

☐Order Setting Conditions of Release w/conditions

☐Medical Order for Treatment of Detainee entered

☐Counsel advised to call or go to chambers for dates / given dates in court

Remarks _____

_____ Days for Motions. Motions to be filed by _____

☐ Trial -Bench/Jury _____ day(s) / week(s). Trial week of_____

☐ Pre -trial Officer _____

☐ Temporar y Order of Detention to U.S. Marshal

☒ Minute entries docketed.    Deputy Clerk: S. Davis

Magistrate Judge Criminal Minutes (Rev. 4/1/2008) magistratecrimnalminutes

| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

**IN THE UNITED STATES** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

Oneil Jerome Foster

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge
PWB-11-4288
District Court

Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)* ☑ Felony ☐ Misdemeanor

Drug Conspiracy

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed? ☑ Yes ☐ No ☐ Self-Employed

Name and address of employer: Unisex New York, 25 Atwell Rd, Bowie, MD

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment?
How much did you earn per month? $ 1800

If married, is your spouse employed? ☐ Yes ☑ No

IF YES, how much does your spouse earn per month? $ _____

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

IF YES, give the amount received and identify the sources

RECEIVED $ _____ $ _____

SOURCES _____

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, total amount? $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, give value and description for each

VALUE $ _____ $ _____ $ _____

DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
✓ Single
___ Married
___ Widowed
___ Separated or Divorced

Total No. of Dependents

List persons you actually support and your relationship to them
Ashley Foster - daughter
Chelsea Foster - daughter

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Rent | $ | $ 500 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

2·22·2012
Date

*(handwritten in left margin: of CJA Payment 2/22/2012)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

&ast;

vs.                                        **Case No.   11-4288PWG**

&ast;

**ONEIL J. FOSTER**

&ast;

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

_____Peter Ward, Esq._____, and the Government was represented by

Assistant United States Attorney _____Constantine Lizas_____, it is

**ORDERED,** this __22nd__ day of _February_____ _2012___, that the

above-named defendant be, and the same hereby is, DETAINED by agreement of the parties

without prejudice to either side requesting a prompt hearing to set appropriate conditions of

release or otherwise address the detention of the defendant.

_____ 2/22/2012

Paul W. Grimm
United States Magistrate Judge

36    USCA4

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

V.                        **CRIMINAL NO: 11-4288PWG**

**JEROME FOSTER O'NEIL**

**Defendant**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ENTRY OF APPEARANCE

**MADAM. CLERK:**

Please enter my appearance in the above-entitled case as Court appointed

counsel for the Defendant, Jerome Foster O'Neil.

Peter D. Ward
300 Allegheny Avenue, Suite 105
Baltimore, MD 21204-4257
Telephone & Facsimile: 410-494-8988
Cell. Telephone: 410-499-7406
E-Mail: Peter.D.Ward@Verizon.net

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of February, 2012, a copy of the
foregoing Entry of Appearance, was hand-delivered by me to: **Constantine Lizas**,
Assistant U. S. Attorney, U. S. Attorney's Office, 36 S. Charles Street, 4th Floor,
Baltimore, MD 21201-3020., Counsel for the Government.

CJAONeilJeromeFAppearance

**CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| MDX | FOSTER, ONEIL JEROME | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 1:11-004288-001 PWG | | | |

| 7. IN CASE/MATTER OF  (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US v. FOSTER | Misdemeanor | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)**  If more than one offense, list up to (five) major offenses charged, according to severity of offense.
1)  21 846=MD.M -- CONSPIRACY TO DISTRIBUTE MARIJUANA

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) **AND MAILING ADDRESS**
WARD, PETER DENNIS
Suite 105
300 Allegheny Avenue
Towson  MD  21204-4257

Telephone Number:     (410) 494-8988

**14.  NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**
- ☒ O  Appointing Counsel
- ☐ C  Co-Counsel
- ☐ F  Subs For Federal Defender
- ☐ R  Subs For Retained Attorney
- ☐ P  Subs For Panel Attorney
- ☐ Y  Standby Counsel

Prior Attorney's Name: _____

Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or

☐ Other (See Instructions)

_____
Signature of Presiding Judicial Officer or By Order of the Court

02/21/2012
Date of Order                           Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| **15.** a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 125.00 )  TOTALS: | | | | | |
| **16.** a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work  (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 125.00 )  TOTALS: | | | | | |
| **17.** Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** Other Expenses  (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS  (CLAIMED AND ADJUSTED): | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM _____  TO _____

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21.  CASE DISPOSITION**

**22. CLAIM STATUS**   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____   Date: _____

| APPROVED FOR PAYMENT -- COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23.  IN COURT COMP. | 24.  OUT OF COURT COMP. | 25.  TRAVEL EXPENSES | 26.  OTHER EXPENSES | 27.  TOTAL AMT. APPR / CERT |
| 28.  SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a.  JUDGE / MAG. JUDGE CODE |
| 29.  IN COURT COMP. | 30.  OUT OF COURT COMP. | 31.  TRAVEL EXPENSES | 32.  OTHER EXPENSES | 33.  TOTAL AMT. APPROVED |
| 34.  SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a.  JUDGE CODE |

c/m 2/24/12
jnb

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

February 10, 2012

Clerk's Office
Maryland District Court
Edward A. Garmatz Federal Building and United States Courthouse
101 West Lombard Street, Room 4415
Baltimore, MD 21201-2605

**SEALED**

_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

**FEB 1 4 2012**

RE:  USA v. Oniel Jerome Foster
Your case number: 11-4288 PWG
Arizona case number:  12-00095M-001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Dear Clerk of the Court:

The above charge originated in your district.  The defendant has appeared before Magistrate Judge Michelle H. Burns in Phoenix, Arizona.  The following action has been taken.

☒ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov.  Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

BRIAN D. KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By:   s/Sherise M. Hargrove
Sherise M. Hargrove
Deputy Clerk

Enclosures

cc: AUSA, Def Cnsl, PTS

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

# SEALED

# DOCUMENT

# NOT A PUBLIC

# RECORD

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the

District of Arizona

RECEIVED
US MARSHALS SERVICE
DISTRICT-AZ PHOENIX

2012 FEB 10 AM II: 21

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | **SEALED** |
| | ) | Case No.  12-00095M |
| | ) | |
| Oneil Jerome Foster | ) | Charging District's |
| _Defendant_ | ) | Case No.  11-4288 PWG |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of _____ Maryland _____,

_(if applicable)_ _____ division. The defendant may need an interpreter for this language:

~~FILED~~ ~~ENTERED~~
~~LODGED~~ ~~RECEIVED~~

FEB 14 2012

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____ Feb 9, 2012 _____

_____
_Judge's signature_

_____ Michelle H. Burns, United States Magistrate Judge _____
_Printed name and title_

cc: AUSA/Def Cnsl

CM/ECF - azd                                                                                    Page 1 of 2
Case 1:Case 1:12-mj-00095-MHB Document 5 Filed 08/27/12 Page 42 of 79 Page 3 of 9
CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
### CRIMINAL DOCKET FOR CASE #: 2:12-mj-00095-MHB-1 *SEALED*
### Internal Use Only

Case title: USA v. Foster                     Date Filed: 02/09/2012
Other court case number: 11-4288 PWG District of    Date Terminated: 02/10/2012
                         Maryland

Assigned to: Magistrate Judge Michelle
H Burns

**Defendant (1)**

**Oneil Jerome Foster**                 represented by **Kristina Lyn Sitton**
*TERMINATED: 02/10/2012*                  Federal Public Defenders Office -
*also known as*                           Phoenix
Harvey Garvey                             850 W Adams St., Ste. 201
*TERMINATED: 02/10/2012*                  Phoenix, AZ 85007
*also known as*                           602-382-2777
Henry Ortiz                               Fax: 602-382-2800
*TERMINATED: 02/10/2012*                  Email: kristina_sitton@fd.org
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          *Designation: Public Defender or*
                                          *Community Defender Appointment*

**Pending Counts**                        **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                            **Disposition**

21:846; Conspiracy to Distribute
Marijuana

https://ecf.azd.circ9.dcn/cgi-bin/DktRpt.pl?247179700835737-L_1_0-1                2/10/2012

| **Plaintiff** | | |
|---|---|---|
| **USA** | represented by | **Vincent Quill Kirby**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1200<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Fax: 602-514-7650<br>Email: Vincent.Kirby@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2012 | 1 | Rule 5 arrest warrant from the District of Maryland as to Oneil Jerome Foster. (SMH) (Entered: 02/09/2012) |
| 02/09/2012 | | (Court only) Case sealed as to Oneil Jerome Foster (MAP) (Pursuant to Doc. 1 ) (Entered: 02/10/2012) |
| 02/09/2012 | 2 | *SEALED* Minute Entry for proceedings held before Magistrate Judge Michelle H Burns: Initial Appearance in Rule 5(c)(3) Proceedings as to Oneil Jerome Foster held on 2/9/2012. FINANCIAL AFFIDAVIT TAKEN. Appointment of Counsel Hearing held. Appointing Kristina Lyn Sitton (AFPD). Rule 5(c)(3) Identity Hearing Waived. Warrant of Removal Issued. (Recorded by COURTSMART.) (cc: AUSA/Dft's Cnsl/PTS/USMS) (MAP) (Entered: 02/10/2012) |
| 02/09/2012 | 3 | (Court only) CJA 23 Financial Affidavit by Oneil Jerome Foster (MAP) (Entered: 02/10/2012) |
| 02/09/2012 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Oneil Jerome Foster (cc: AUSA/Dft's Cnsl) (MAP) (Entered: 02/10/2012) |
| 02/10/2012 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Oneil Jerome Foster. Defendant Committed to District of Maryland. Signed by Magistrate Judge Michelle H Burns on 2/9/12. (cc: AUSA/Dft's Cnsl) (MAP) (Entered: 02/10/2012) |
| 02/10/2012 | | (Court only) ***Terminated defendant Oneil Jerome Foster, pending deadlines, and motions., ***Complaint counts moved to P99 Oneil Jerome Foster (1) Count Complaint., ***Set/Clear Flags as to Oneil Jerome Foster (MAP) (Entered: 02/10/2012) |

CM/ECF - azd                                                                    Page 1 of 2
Case 1:Case 1:12-c80-0460-RDB Document5 Filed 08/27/12 Page 44 Page 5 of 9
                                                                                CLOSED

## ·U.S. District Court
### DISTRICT OF ARIZONA (Phoenix Division)

| CRIMINAL DOCKET FOR CASE #: 2:12-mj-00095-MHB-1 *SEALED* |
|---|
| **Internal Use Only** |

Case title: USA v. Foster                         Date Filed: 02/09/2012
Other court case number: 11-4288 PWG District of   Date Terminated: 02/10/2012
                          Maryland

Assigned to: Magistrate Judge Michelle
H Burns

**Defendant (1)**

**Oneil Jerome Foster**                represented by   **Kristina Lyn Sitton**
*TERMINATED: 02/10/2012*                                Federal Public Defenders Office -
*also known as*                                         Phoenix
Harvey Garvey                                           850 W Adams St., Ste. 201
*TERMINATED: 02/10/2012*                                Phoenix, AZ 85007
*also known as*                                         602-382-2777
Henry Ortiz                                             Fax: 602-382-2800
*TERMINATED: 02/10/2012*                                Email: kristina_sitton@fd.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

**Pending Counts**                                      **Disposition** ·

None

**Highest Offense Level (Opening)**

None.

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

21:846; Conspiracy to Distribute
Marijuana

| | |
|---|---|
| **Plaintiff** | |
| USA | represented by **Vincent Quill Kirby**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1200<br>Phoenix, AZ 85004-4408<br>602-514-7500<br>Fax: 602-514-7650<br>Email: Vincent.Kirby@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 02/09/2012 | 1 | | Rule 5 arrest warrant from the District of Maryland as to Oneil Jerome Foster. (SMH) (Entered: 02/09/2012) |
| 02/09/2012 | | | (Court only) Case sealed as to Oneil Jerome Foster (MAP) (Pursuant to Doc. 1 ) (Entered: 02/10/2012) |
| 02/09/2012 | 2 | ☑ | *SEALED* Minute Entry for proceedings held before Magistrate Judge Michelle H Burns: Initial Appearance in Rule 5(c)(3) Proceedings as to Oneil Jerome Foster held on 2/9/2012. FINANCIAL AFFIDAVIT TAKEN. Appointment of Counsel Hearing held. Appointing Kristina Lyn Sitton (AFPD). Rule 5(c)(3) Identity Hearing Waived. Warrant of Removal Issued. (Recorded by COURTSMART.) (cc: AUSA/Dft's Cnsl/PTS/USMS) (MAP) (Entered: 02/10/2012) |
| 02/09/2012 | 3 | ☑ | (Court only) CJA 23 Financial Affidavit by Oneil Jerome Foster (MAP) (Entered: 02/10/2012) |
| 02/09/2012 | 4 | ☑ | WAIVER of Rule 5 & 5.1 Hearings by Oneil Jerome Foster (cc: AUSA/Dft's Cnsl) (MAP) (Entered: 02/10/2012) |
| 02/10/2012 | 5 | ☑ | COMMITMENT TO ANOTHER DISTRICT as to Oneil Jerome Foster. Defendant Committed to District of Maryland. Signed by Magistrate Judge Michelle H Burns on 2/9/12. (cc: AUSA/Dft's Cnsl) (MAP) (Entered: 02/10/2012) |
| 02/10/2012 | | | (Court only) ***Terminated defendant Oneil Jerome Foster, pending deadlines, and motions., ***Complaint counts moved to P99 Oneil Jerome Foster (1) Count Complaint., ***Set/Clear Flags as to Oneil Jerome Foster (MAP) (Entered: 02/10/2012) |

View Selected

or

Download Selected

I hereby attest and certify on _____
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____

**SEALED**

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

| FILED | LODGED |
| RECEIVED | COPY |

# UNITED STATES DISTRICT COURT
## for the

FEB 0 9 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America )
v. )
Oneil Foster )
_____ )
Defendant )

Case No. 12-095M

Charging District's Case No. 11-4288-PWG

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Maryland

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
        unless I am indicted — to determine whether there is probable cause to believe that an offense has
        been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
       be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set
       by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date: 2/9/2012

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kristina Sitton
*Printed name of defendant's attorney*

I hereby attest and certify on 2-10-12
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By S. Auirman

cc: AUSA / Def Cnl

# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|

IN THE CASE OF

_____ vs. _____

FOR _____ Arizona

AT _____

**PERSON REPRESENTED** (Show your full name)

Oneil Foster

1 ☐ Defendant — Adult
2 ☐ Defendant — Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**

Magistrate
12-095M

District Court

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

Conspiracy to PWID Marijuana

FILED _____ LODGED _____
_____ RECEIVED _____ COPY

FEB 09 2012

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

FILED _____ ENTERED
LODGED _____ RECEIVED

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## EMPLOYMENT

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment _____
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

## ASSETS

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED | SOURCES

### CASH

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE | DESCRIPTION

## DEPENDENTS

| MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|
| ☒ SINGLE | 2 | Chelsea |
| ☐ MARRIED | | Ashley |
| ☐ WIDOWED | | |
| ☐ SEPARATED OR DIVORCED | | |

## OBLIGATIONS & DEBTS

### DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Pymt. |
|---|---|---|---|
| Child Support | | $ | $ 600 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Feb. 9, 2012

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) _____

I hereby attest and certify on 2-9-12 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**UNITED STATES DISTRICT COURT**          **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - Phoenix**

DATE: 2/9/2012          CASE NUMBER:   12-00095M-001
                        **SEALED**

USA vs.  Oneil Jerome Foster

U.S. MAGISTRATE JUDGE: MICHELLE H. BURNS  #: 70BT

A.U.S. Attorney  Vincent Q. Kirby _____ INTERPRETER_____
                                                    LANGUAGE_____

Attorney for Defendant  Kristina Sitton (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA  2/9/2012          ☒ Initial Appearance          ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken    ☐ Defendant Sworn          ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)             ☐ Defendant states true name to be ___. Further proceedings ORDERED
                             in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset | ☐ Held ☐ Con't ☐ Submitted ☐ Reset |
| Set for:    RESERVED FOR | ☒ Waived |
| Before:     PROSECUTING DISTRICT | Set for: |
| ☒ Defendant ordered temporarily detained in the custody of the United States Marshal | Before: |
| ☐ Defendant ordered released _____ | ☒  Warrant of removal issued. |
| ☐ Defendant continued detained pending trial ☐ Flight risk ☐ Danger | |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset | ☐ Held ☐ Con't ☐ Reset |
| ☐ Waived | |
| Set for: RESERVED FOR | Set for: |
| Before: PROSECUTING DISTRICT | Before: |
| ☐ Probable cause found    ☐ Dismissed | |
| ☐ Held to answer before District Court | |

Other: _____

                              Recorded by Courtsmart
                              BY:  Kathy Lara
                              Deputy Clerk

IA: 2 mins.
IH: 1 min.

c: AUSA/Def Cnsl/PTS/USMS

I hereby attest and certify on 2-10-12
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By S. Harrison                    Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL COMPLAINT |
| | * | |
| v. | * | |
| | * | CASE NUMBER: 11-4288-PWG |
| ONEIL JEROME FOSTER | * | |
| | * | UNDER SEAL |
| Defendant | * | |
| | * | |

*******

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Constantine Lizas, Special Assistant United States Attorney for said district, respectfully submits this Consent Motion to Continue the Preliminary Hearing:

1.    On October 4, 2011, a criminal complaint was filed charging the defendant with one count of conspiracy to distribute marijuana in violation of 21 U.S.C. § 846.

2.    The Defendant had an initial hearing in the District of Arizona on February 9, 2012, and was subsequently transported to this district.

3.    On February 22, 2012, the defendant had an initial appearance in the District of Maryland where he was represented by Peter D. Ward, Esquire. At that time, the defendant did not object to the Government's request that he be detained in light of an existing immigration detainer.

4.    Counsel for the Government subsequently contacted the defendant's counsel who consented to a continuance of the preliminary hearing for two weeks and to exclude time under the Speedy Trial Act.

5.    Counsel for each party is available on the afternoon of March 22, 2012, at a time

convenient with the Court.

Accordingly, the Government, respectfully request that the preliminary hearing set for March 7, 2012, be continued until March 22, 2012, and that the Court exclude time from March 7, 2012, until March 22, 2012, pursuant to the Speedy Trial Act.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____

Constantine Lizas
Special Assistant United States Attorney

cc: Peter D. Ward

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL COMPLAINT |
| | * | |
| **v.** | * | |
| | * | CASE NUMBER: 11-4288-PWG |
| | * | |
| ONEIL JEROME FOSTER | * | <u>UNDER SEAL</u> |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

### <u>ORDER</u>

Upon consideration of the Government's Motion to Continue the Preliminary Hearing,✱

and for good cause shown, it is this _28th_ day of February, 2012, ORDERED as follows:

1.   That the preliminary hearing is rescheduled for the _22d_ day of March, 2012. _at NOON._

2.   That time under the Speedy Trial Act is excluded from March 7, 2012 until the

_22d_ day of March, 2012.

_____
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

✱ _To which the defendant did not object._

FILED
DISTRICT COURT
DISTRICT OF MARYLAND

2012 MAR 16 P 2: 09

CLERK'S OFFICE
AT BALTIMORE

BY____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL COMPLAINT** |
| | * | |
| **v.** | * | |
| | * | **CASE NUMBER: 11-4288-PWG** |
| **ONEIL JEROME FOSTER** | * | |
| | * | **UNDER SEAL** |
| **Defendant** | * | |
| | * | |

*******

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Constantine Lizas, Special Assistant United States Attorney for said district, respectfully submits this Consent Motion to Continue the Preliminary Hearing:

1.  On October 4, 2011, a criminal complaint was filed charging the defendant with one count of conspiracy to distribute marijuana in violation of 21 U.S.C. § 846.

2.  On February 22, 2012, the defendant had an initial appearance in the District of Maryland where he was represented by Peter D. Ward, Esquire.

3.  The first Preliminary Hearing was scheduled for March 7, 2012, and the Court continued that hearing until March 22, 2012 pursuant to a consent motion filed by the Government.

4.  The parties are involved in pre- Indictment plea negotiations.

5.  Defendant's counsel consents to a continuance of the Preliminary Hearing set for March 22, 2012 for two additional weeks and to exclude time under the Speedy Trial Act.

6.  Counsel for each party is available on the afternoon of April 5, 2012, at a time convenient with the Court.

Accordingly, the Government, respectfully request that the preliminary hearing set for March 22, 2012, be continued until April 5, 2012, and that the Court exclude time from March 22, 2012, until April 5, 2012, pursuant to the Speedy Trial Act.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: Constantine Lizas

Constantine Lizas
Special Assistant United States Attorney

cc: Peter D. Ward

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL COMPLAINT |
| | * | |
| v. | * | |
| | * | CASE NUMBER: 11-4288-PWG |
| ONEIL JEROME FOSTER | * | |
| | * | UNDER SEAL |
| Defendant | * | |
| | * | |
| | ******* | |

### ORDER

Upon consideration of the Government's Motion to Continue the Preliminary Hearing consented to by the Defendant, and for good cause shown, it is this _15th_ day of March, 2012, ORDERED as follows:

1. That the preliminary hearing is rescheduled for the _5th_ day of April, 2012, at 12:00 PM.

2. That time under the Speedy Trial Act is excluded from March 22, 2012 until the _5th_ day of April, 2012.

_3/15/2012_

PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

2012 MAR 7 PM 3:51

CLERK'S OFFICE
AT BALTIMORE

v.

BY——————DEPUTY

**ONEIL JEROME FOSTER**
**a/k/a HARVEY GARVEY**
**a/k/a HENRY ORTIZ**

RECEIVED
U.S. MARSHALS
BALTIMORE

2011 OCT 11 P 3:20

**WARRANT FOR ARREST**

CASE NUMBER: **11 4288 PWG**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST **ONEIL JEROME FOSTER, A/K/A HARVEY GARVEY, A/K/A HENRY ORTIZ** and bring her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

SEE ATTACHED AFFIDAVIT

In violation of Title __18__ United States Code, Section 846.

Paul W. Grimm
Name of Issuing Officer

_____  10/4/11
Signature of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

_____Baltimore, Maryland_____
Date and Location

_____
(By) Deputy Clerk

Bail Fixed at $_____ by __Paul W. Grimm_____
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ *BALTIMORE, MD* | | |
| DATE RECEIVED *10/11/2011* | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER *KW FOR ATF* |
| DATE OF ARREST *02/21/2012* | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL COMPLAINT |
| | * | |
| v. | * | |
| | * | CASE NUMBER: 11-4288-PWG |
| ONEIL JEROME FOSTER | * | |
| | * | UNDER SEAL |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Constantine Lizas, Special Assistant United States Attorney for said district, respectfully submits this Consent Motion to Continue the Preliminary Hearing:

1. On October 4, 2011, a criminal complaint was filed charging the defendant with one count of conspiracy to distribute marijuana in violation of 21 U.S.C. § 846.

2. On February 22, 2012, the defendant had an initial appearance in the District of Maryland where he was represented by Peter D. Ward, Esquire.

3. The first Preliminary Hearing was scheduled for March 7, 2012, and the Court continued that hearing until March 22, 2012 pursuant to a consent motion filed by the Government. The second Preliminary Hearing was scheduled for March 22, 2012, and the Court continued that hearing until April 5, 2012 pursuant to a consent motion filed by the Government

4. The parties were involved in pre- Indictment plea negotiations.

5. On March 29, 2012, Peter D. Ward withdrew from the case.

6. Defendant's new counsel, Andrew White, was appointed on March 30, 3012.

7.     On behalf of the defendant, Mr. White consents to a continuance of the Preliminary
Hearing set for April 5, 2012 for four additional weeks and to exclude time under the Speedy Trial
Act.

8.     The parties continue to be involved in pre- Indictment plea negotiations.

9.     Counsel for each party is available on the afternoon of May 3, 2012, at a time
convenient with the Court.

Accordingly, the Government, respectfully request that the preliminary hearing set for April
5, 2012, be continued until May 3, 2012, and that the Court exclude time from April 5, 2012, until
May 3, 2012, pursuant to the Speedy Trial Act.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:     _____

Constantine Lizas
Special Assistant United States Attorney

cc: Andrew White

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL COMPLAINT** |
| | * | |
| **v.** | * | |
| | * | **CASE NUMBER: 11-4288-PWG** |
| **ONEIL JEROME FOSTER** | * | |
| | * | **UNDER SEAL** |
| **Defendant** | * | |
| | * | |
| | ****** | |

## ORDER

Upon consideration of the Government's Motion to Continue the Preliminary Hearing consented to by the Defendant, and for good cause shown, it is this _4th_ day of April, 2012, ORDERED as follows:

1.    That the preliminary hearing is rescheduled for the _3rd_ day of May, 2012.

2.    That time under the Speedy Trial Act is excluded from April 5, 2012 until the _3rd_ day of May, 2012.

_Stephanie A. Gallagher_
~~PAUL W. GRIMM~~
UNITED STATES MAGISTRATE JUDGE

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| MDX | FOSTER, ONEIL JEROME | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 1:11-004288-001 PWG | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US v. FOSTER | Misdemeanor | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=MD.M -- CONSPIRACY TO DISTRIBUTE MARIJUANA

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) **AND MAILING ADDRESS**

WHITE, ANDREW CLAYTON
Suite 2600
201 North Charles Street
Baltimore MD 21201

Telephone Number: (410) 576-2200

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

SILVERMAN, THOMPSON AND WHITE
201 North Charles Street
Suite 2600
Baltimore MD 21201

**13. COURT ORDER**

- ☐ O Appointing Counsel
- ☐ F Subs For Federal Defender
- ☒ P Subs For Panel Attorney
- ☐ C Co-Counsel
- ☐ R Subs For Retained Attorney
- ☐ Y Standby Counsel

Prior Attorney's Name: WARD, PETER DENNIS
Appointment Date: 02/21/2012

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or

☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court

03/29/2012
Date of Order                              Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| **15.** In Court **a. Arraignment and/or Plea** | | | | | |
| **b. Bail and Detention Hearings** | | | | | |
| **c. Motion Hearings** | | | | | |
| **d. Trial** | | | | | |
| **e. Sentencing Hearings** | | | | | |
| **f. Revocation Hearings** | | | | | |
| **g. Appeals Court** | | | | | |
| **h. Other (Specify on additional sheets)** | | | | | |
| (Rate per hour = $ 125.00 )   TOTALS: | | | | | |
| **16.** Out of Court **a. Interviews and Conferences** | | | | | |
| **b. Obtaining and reviewing records** | | | | | |
| **c. Legal research and brief writing** | | | | | |
| **d. Travel time** | | | | | |
| **e. Investigative and Other work** (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 125.00 )   TOTALS: | | | | | |
| **17.** Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

**22. CLAIM STATUS**   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: _____

| APPROVED FOR PAYMENT -- COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL COMPLAINT |
| | * | |
| v. | * | |
| | * | CASE NUMBER: 11-4288-PWG |
| ONEIL JEROME FOSTER | * | |
| | * | UNDER SEAL |
| Defendant | * | |
| | * | |

*******

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Constantine Lizas, Special Assistant United States Attorney for said district, respectfully submits this Consent Motion to Continue the Preliminary Hearing:

1.      On October 4, 2011, a criminal complaint was filed charging the Defendant with one count of conspiracy to distribute marijuana in violation of 21 U.S.C. § 846.

2.      A Preliminary Hearing is currently scheduled for May 3, 2012.

3.      The parties are involved in continuing pre- Indictment plea negotiations.

4.      Defendant's counsel, Andrew White, consents to a continuance of the Preliminary Hearing set for May 3, 2012 for four additional weeks and to exclude time under the Speedy Trial Act.

5.      Counsel for each party is available on the afternoon of May 31, 2012, at a time convenient with the Court.

Accordingly, the Government, respectfully requests that the Preliminary Hearing set for May 3, 2012, be continued until May 31, 2012, and that the Court exclude time from May 3, 2012, until

May 31, 2012, pursuant to the Speedy Trial Act.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:  _Constt Z_

Constantine Lizas
Special Assistant United States Attorney

cc: Andrew White

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NUMBER: 11-428-PWG |
| | * | |
| ONEIL JEROME FOSTER | * | UNDER SEAL |
| | * | |
| Defendant | * | |

* * * * * * *

## ORDER

Upon consideration of the Government's Motion to Continue the Preliminary Hearing consented to by the Defendant, and for good cause shown, it is this ___15t___ day of _May_, 2012, ORDERED as follows:

1. That the Preliminary Hearing is rescheduled from May 3, 2012 to May 31, 2012. *at 12:00 Noon*

2. That time under the Speedy Trial Act is excluded from May 3, 2012 until May 31, 2012.

___5-1-12___
Date

_____
Honorable ~~Paul W. Grimm~~
United States Magistrate Judge

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

|                          |   |                          |
|--------------------------|---|--------------------------|
| **UNITED STATES OF AMERICA** | * |                      |
| **V.**                   | * | **CRIMINAL NO: 11-4288PWG** |
| **ONEIL JEROME FOSTER**  | * |                          |
| **Defendant**            | * |                          |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### <u>MOTION TO SEAL</u>

Peter D. Ward, appointed counsel (hereafter "Counsel") moves seal his Motion To Withdraw his appearance as appointed counsel for Oneil Jerome Foster (hereafter "the Defendant"), and says:

**1.** Counsel was appointed under the Criminal Justice Act on February 21, 2012, to represent the Defendant.

**2.** Counsel now wishes to move to withdraw his appearance as counsel for the Defendant.

**3**. This case  is Sealed.

WHEREFORE, Counsel moves that this Motion and Order, and his Motion  to Withdraw his Appearance as Counsel for Oneil Jerome Foster and Order thereon, be sealed

Respectfully submitted

/S/ Peter D. Ward

_____

Peter D. Ward
300 Allegheny Avenue, Suite 105
Baltimore, MD  21204-4257
Telephone & Facsimile: 410-494-8988

Cell. Telephone: 410-499-7406
E-Mail: Peter.D.Ward@Verizon.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of May, 2012, a copy of the foregoing Motion to Seal and proposed Order thereon, was electronically transmitted to: **Constantine Lizas**, Assistant U. S. Attorney, U. S. Attorney's Office, 36 S. Charles Street, 4th Floor, Baltimore, MD 21201-3020., Counsel for the Government, and was mailed by first class mail, postage prepaid, to:

Oneil J. Foster
Chesapeake Detention Facility
401 E. Madison Street
Baltimore, MD 21202

/S/ Peter D. Ward

_____

Peter D. Ward

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

          V.                      CRIMINAL NO: 11-4288PWG

ONEIL JEROME FOSTER

          Defendant

*********************************************************************

## ORDER

      Having received and considered the Motion of Peter D. Ward, appointed counsel for the Defendant, that his Motion to Seal, this Order, his Motion To Withdraw Appearance, and the Order granting his Motion to Withdraw, be filed under seal, it is this ____ day of _____, 2012, by the United States District Court for the District of Maryland ORDERED,

      that the Motion to Seal, this Order, the Motion to Withdraw Appearance of Peter D. Ward, and the Order thereon, be, and it is hereby GRANTED.

_____

CJAFosterONeilJOrderOnMotToSeal

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| V. | *      CRIMINAL NO: 11-4288PWG |
| ONEIL JEROME FOSTER | * |
| Defendant | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>MOTION TO WITHDRAW APPEARANCE</u>

Peter D. Ward, appointed counsel (hereafter "Counsel") moves to withdraw his appearance for Oneil Jerome Foster (hereafter "the Defendant"), and says:

**1.** Counsel was appointed under the Criminal Justice Act on February 21, 2012, to represent the Defendant.

**2.** The Defendant's response towards Counsel was guarded at the outset, and their professional relationship has now deteriorated to the point where Counsel find he cannot function effectively as Defendant's attorney.

WHEREFORE, Counsel moves to withdraw his appearance in this case as appointed counsel for Oneil Jerome Foster.

Respectfully submitted

/S/ Peter D. Ward
_____
Peter D. Ward
300 Allegheny Avenue, Suite 105
Baltimore, MD 21204-4257
Telephone & Facsimile: 410-494-8988
Cell. Telephone: 410-499-7406
E-Mail: Peter.D.Ward@Verizon.net

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 5th day of May, 2012, a copy of the foregoing Motion to Withdraw of Appearance, was electronically transmitted to: **Constantine Lizas**, Assistant U. S. Attorney, U. S. Attorney's Office, 36 S. Charles Street, 4th Floor, Baltimore, MD 21201-3020., Counsel for the Government, and was mailed by First Class mail, postage pre-paid, to:

        Oneil J. Foster
        Chesapeake Detention Facility
        401 E. Madison Street
        Baltimore, MD 21202

        /S/ Peter D. Ward

        _____
        Peter D. Ward

CJAFosterONeilJMotToWithdrawAppearance

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO: 11-4288PWG |
| | * | |
| ONEIL JEROME FOSTER | * | |
| Defendant | * | |

**********************************************************************

### ORDER

Having read and considered the Motion of Peter D. Ward to withdraw his appearance as appointed counsel for Oneil Jerome Foster, it is this _____ day of May, 2012, by the United States District Court for the District of Maryland

ORDERED, that the Motion be, and it is hereby GRANTED.

_____

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

        V.

ONEIL JEROME FOSTER

        **Defendant**

              *CRIMINAL NO: 11-4288PWG*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SEAL

Peter D. Ward, appointed counsel (hereafter "Counsel") moves seal his Motion To Withdraw his appearance as appointed counsel for Oneil Jerome Foster (hereafter "the Defendant"), and says:

**1.** Counsel was appointed under the Criminal Justice Act on February 21, 2012, to represent the Defendant.

**2.** Counsel now wishes to move to withdraw his appearance as counsel for the Defendant.

**3.** This case is Sealed.

WHEREFORE, Counsel moves that this Motion and Order, and his Motion to Withdraw his Appearance as Counsel for Oneil Jerome Foster and Order thereon, be sealed

Respectfully submitted

/S/ Peter D. Ward

_____

Peter D. Ward
300 Allegheny Avenue, Suite 105
Baltimore, MD 21204-4257
Telephone & Facsimile: 410-494-8988

CJAFosterONeilJMotToSeal

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| ONEIL JEROME FOSTER | * |
| Defendant | * |

CRIMINAL NO: 11-4288PWG

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SEAL

Peter D. Ward, appointed counsel (hereafter "Counsel") moves seal his Motion To Withdraw his appearance as appointed counsel for Oneil Jerome Foster (hereafter "the Defendant"), and says:

**1.** Counsel was appointed under the Criminal Justice Act on February 21, 2012, to represent the Defendant.

**2.** Counsel now wishes to move to withdraw his appearance as counsel for the Defendant.

**3.** This case is Sealed.

WHEREFORE, Counsel moves that this Motion and Order, and his Motion to Withdraw his Appearance as Counsel for Oneil Jerome Foster and Order thereon, be sealed

Respectfully submitted

/S/ Peter D. Ward

Peter D. Ward
300 Allegheny Avenue, Suite 105
Baltimore, MD 21204-4257
Telephone & Facsimile: 410-494-8988

CJAFosterONeilJMotToSeal

70    USCA4



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL COMPLAINT |
| | * | |
| v. | * | |
| | * | CASE NUMBER: 11-4288-PWG |
| ONEIL JEROME FOSTER | * | |
| | * | UNDER SEAL |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

### CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Constantine Lizas, Special Assistant United States Attorney for said district, respectfully submits this Consent Motion to Continue the Preliminary Hearing:

1. On October 4, 2011, a criminal complaint was filed charging the Defendant with one count of conspiracy to distribute marijuana in violation of 21 U.S.C. § 846.

2. A Preliminary Hearing is currently scheduled for May 31, 2012.

3. The parties are involved in continuing pre- Indictment plea negotiations.

4. Defendant's counsel, Andrew White, consents to a continuance of the Preliminary Hearing set for May 31, 2012 for four additional weeks and to exclude time under the Speedy Trial Act.

5. Counsel for each party is available on the afternoon of June 28, 2012, at a time convenient with the Court.

Accordingly, the Government, respectfully requests that the Preliminary Hearing set for May 31, 2012, be continued until June 28, 2012, and that the Court exclude time from May 31, 2012, until

June 28, 2012, pursuant to the Speedy Trial Act.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:   *Constantine*

Constantine Lizas
Special Assistant United States Attorney

cc: Andrew White

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL COMPLAINT 30 P 12: 39 |
| | * | |
| v. | * | |
| | * | CASE NUMBER: 11-4288-PWG |
| ONEIL JEROME FOSTER | * | BY... ...UTY |
| | * | UNDER SEAL |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of the Government's Motion to Continue the Preliminary Hearing

consented to by the Defendant, and for good cause shown, it is this ___30 TH___ day of _May_, 2012,

ORDERED as follows:

1.    That the Preliminary Hearing is rescheduled from May 31, 2012, to June 28, 2012. *at 12:00 p.m.*

2.    That time under the Speedy Trial Act is excluded from May 31, 2012, until

      June 28, 2012.

_____
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL COMPLAINT |
| | * | |
| v. | * | |
| | * | CASE NUMBER: 11-4288-PWG |
| ONEIL JEROME FOSTER | * | |
| | * | UNDER SEAL |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Constantine Lizas, Special Assistant United States Attorney for said district, respectfully submits this Consent Motion to Continue the Preliminary Hearing:

1. On October 4, 2011, a criminal complaint was filed charging the Defendant with one count of conspiracy to distribute marijuana in violation of 21 U.S.C. § 846.

2. A Preliminary Hearing is currently scheduled for June 28, 2012.

3. The parties are involved in continuing pre- Indictment plea negotiations and the defendant is continuing to cooperate.

4. Defendant's counsel, Andrew White, consents to a continuance of the Preliminary Hearing set for June 28, 2012 for four additional weeks and to exclude time under the Speedy Trial Act.

5. Counsel for each party is available on the afternoon of July 26, 2012, at a time convenient with the Court.

Accordingly, the Government, respectfully requests that the Preliminary Hearing set for June

28. 2012, be continued until July 26, 2012, and that the Court exclude time from June 28, 2012, until

July 26, 2012, pursuant to the Speedy Trial Act.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____

Constantine Lizas
Special Assistant United States Attorney

cc: Andrew White

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL COMPLAINT |
| | * | |
| v. | * | |
| | * | CASE NUMBER: 11-4288-PWG |
| ONEIL JEROME FOSTER | * | |
| | * | UNDER SEAL |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of the Government's Motion to Continue the Preliminary Hearing

consented to by the Defendant, and for good cause shown, it is this __28__ day of _June_, 2012,

ORDERED as follows:

1. That the Preliminary Hearing is rescheduled from June 28, 2012, to July 26, 2012.

2. That time under the Speedy Trial Act is excluded from June 28, 2012, until

   July 26, 2012. _at 12:00 noon._

_____
SUSAN K. GAUVEY
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **CRIMINAL COMPLAINT** |
| | * | |
| v. | * | |
| | * | **CASE NUMBER: 11-4288-PWG** |
| ONEIL JEROME FOSTER | * | |
| | * | **UNDER SEAL** |
| Defendant | * | |
| | * | |

*******

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Constantine Lizas, Special Assistant United States Attorney for said district, respectfully submits this Consent Motion to Continue the Preliminary Hearing:

1.    On October 4, 2011, a criminal complaint was filed charging the Defendant with one count of conspiracy to distribute marijuana in violation of 21 U.S.C. § 846.

2.    A Preliminary Hearing is currently scheduled for June 28, 2012.

3.    The parties are involved in continuing pre- Indictment plea negotiations and the defendant is continuing to cooperate. The parties expect that a plea agreement will be reached within the next four weeks.

4.    Defendant's counsel, Andrew White, consents to a continuance of the Preliminary Hearing set for July 26, 2012 for four additional weeks and to exclude time under the Speedy Trial Act.

5.    Counsel for each party is available on the afternoon of August 23, 2012, at a time convenient with the Court.

Accordingly, the Government, respectfully requests that the Preliminary Hearing set for July 26, 2012, be continued until August 23, 2012, and that the Court exclude time from July 26, 2012, until August 23, 2012, pursuant to the Speedy Trial Act.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____

Constantine Lizas
Special Assistant United States Attorney

cc: Andrew White

2

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2012 JUL 26 P 12:3

UNITED STATES OF AMERICA     **CRIMINAL COMPLAINT**

CLERK'S OFFICE
AT BALTIMORE

    **v.**

BY_____ DEPUTY

**ONEIL JEROME FOSTER**     **CASE NUMBER: 11-4288-PWG**

    **UNDER SEAL**

       **Defendant**

\* \* \* \* \* \* \*

## ORDER

Upon consideration of the Government's Motion to Continue the Preliminary Hearing consented to by the Defendant, and for good cause shown, it is this _26_ day of _July_, 2012, ORDERED as follows:

1.     That the Preliminary Hearing is rescheduled from July 26, 2012, to August 23, 2012.

2.     That time under the Speedy Trial Act is excluded from July 26, 2012, until August 23, 2012.

3.     That the Clerk of the Court shall provide the United State's Attorney's Office with a copy of the Order and Motion.

_____
STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE